# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE TURNER, JR., | CASE NO. 1:11-cv-01366-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PARTIES' STIPULATED REQUEST FOR A SCHEDULE MODIFICATION** |
| v. | |
| | (Docket No. 24) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

On June 19, 2012, the parties filed a stipulated request to modify the scheduling order. (Doc. 24.) The parties indicate that they have been unable to complete discovery as currently scheduled. The parties request that the discovery deadlines and all subsequent deadlines be continued for two (2) months. (Doc. 24, ¶ 11.) The Court GRANTS the parties' stipulated request for a schedule modification; however, some of the dates proposed by the parties have been modified below to comport with the Court's calendar.

The modified schedule is as follows:

///

///

///

| Event | Prior Deadline | Modified Deadline |
|---|---|---|
| Initial Disclosures | February 10, 2012 | Unchanged (completed) |
| Amend Pleadings | February 29, 2012 | Unchanged |
| Non-Expert Discovery | August 31, 2012 | November 2, 2012 |
| Settlement Conference | September 13, 2012 | November 20, 2012 |
| Disclosure of Experts | September 20, 2012 | November 23, 2012 |
| Suppl. Disclosure of Experts | October 1, 2012 | December 3, 2012 |
| Expert Discovery | October 26, 2012 | December 28, 2012 |
| Non-Dispositive Mot. Filing | October 31, 2012 | January 2, 2013 |
| Non-Dispositive Mot. Hearing | November 28, 2012 | January 30, 2013 |
| Dispositive Mot. Filing | December 5, 2012 | February 4, 2013 |
| Dispositive Mot. Hearing | January 14, 2013 | March 11, 2013 |
| Pre-Trial Conference | February 27, 2013 | April 24, 2013 |
| Trial | April 23, 2013 | June 25, 2013 |

IT IS SO ORDERED.

Dated:     **June 21, 2012**                              /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE