BRIAN T. DUNN, ESQ. (SBN 176502)
**THE COCHRAN FIRM**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, CA  90010-3856
Los Angeles, CA 90010-3856
(323) 931-6200 Telephone
(323) 931-9521 Facsimile
bdunn@cochranfirm.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE TURNER, JR., as Successor in Interest to DAVID LEE TURNER, SR., deceased, ALFONSO TURNER, AHMAD TURNER, WHITTNEY TURNER, JALISA TURNER, TIFFANY TURNER, NACOLE TURNER, DESMOND TURNER,<br>        Plaintiffs,<br>v.<br>COUNTY OF KERN, a municipal corporation; DEPUTY WESLEY KRAFT, an individual; DEPUTY AARON NADAL, an individual; DONNY YOUNGBLOOD, an individual, and DOES 1 through 10, inclusive,<br>        Defendants. | **CASE NO.  1:11 cv 01366-AWI-SKO**<br><br>**ORDER RE: PARTIES STIPULATED REQUEST FOR CONTINUANCE OF DISCOVERY AND ALL SUBSEQUENT DATES** |

On October 18, 2012, the parties filed a request to modify the schedule in this matter.  (Doc. 30.)  Some of the proposed dates, however, do not comport with the

Court's calendar or do not allow sufficient time for notice of motions. For example, the parties proposed a March 13, 2013, filing deadline for non-dispositive motions with a hearing date of March 28, 2013. Additionally, trials before Judge Ishii begin on Tuesdays; thus, the trial date proposed by the parties has been changed from a Monday to a Tuesday. Thus, while the parties' request for a schedule modification is granted, changes to the parties' proposed schedule is necessary.

If the settlement conference set for February 26, 2013, at 10 a.m. in Courtroom 7 cannot be accommodated by the parties, they are encouraged to contact Courtroom Deputy Alice Timken ((559)-499-5790), as soon as possible so that another date may be coordinated.

The schedule is modified as follows:

|  | **CURRENT DATES** | **MODIFIED DATES** |
|---|---|---|
| **DISCOVERY DEADLINES** | | |
| Initial Disclosures: Unchanged | | |
| Non Expert Discovery Cut-off: | November 2, 2012 | January 2, 2013 |
| Expert Discovery Cut-off: | December 28, 2012 | February 22, 2013 |
| **EXPERT DISCLOSURES** | | |
| Initial Disclosures: | November 23, 2012 | January 28, 2013 |
| Supplemental Disclosures: | December 3, 2012 | February 4, 2013 |

| | | |
|---|---|---|
| **DEADLINE TO AMEND PLEADINGS** | Unchanged | |
| **NON-DISPOSITIVE MOTION DEADLINES** | | |
| Filing: | January 2, 2013 | February 27, 2013 |
| Hearing: | January 30, 2013 | March 27, 2013 |
| **DISPOSITIVE MOTION DEADLINES** | | |
| Filing: | February 4, 2013 | April 1, 2013 |
| Hearing: | March 11, 2013 | May 13, 2013 |
| **SETTLEMENT CONFERENCE** | November 20, 2012 | February 26, 2013 |
| **PRE-TRIAL CONFERENCE** | April 24, 2013 | June 26, 2013 |
| **TRIAL** | June 25, 2013 | August 27, 2013 |

IT IS SO ORDERED.

**Dated:   October 30, 2012**              /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE