# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE TURNER, JR., | CASE NO. 1:11-cv-01366-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PARTIES' STIPULATED REQUEST FOR A SCHEDULE MODIFICATION** |
| v. | |
| COUNTY OF KERN, et al., | (Docket No. 33) |
| Defendants. | |

On November 29, 2012, the parties filed a stipulated request to modify the scheduling order. (Doc. 33.) The parties indicate that they have been unable to complete discovery as currently scheduled and request that the discovery deadlines and all subsequent deadlines be continued for three (3) months. (Doc. 33, ¶¶ 2, 6-12.) The Court GRANTS the parties' stipulated request for a schedule modification, but notes that some of the dates proposed by the parties have been modified below to comport with the Court's calendar.

The modified schedule is as follows:

| **Event** | **Prior Deadline** | **Modified Deadline** |
|---|---|---|
| Initial Disclosures | February 10, 2012 | Unchanged (completed) |
| Amend Pleadings | February 29, 2012 | Unchanged |
| Non-Expert Discovery Deadline | January 2, 2013 | April 2, 2013 |
| Initial Disclosure of Experts | January 28, 2013 | April 29, 2013 |
| Suppl. Disclosure of Experts | February 4, 2013 | May 6, 2013 |
| Expert Discovery Deadline | February 22, 2013 | May 23, 2013 |
| Non-Dispositive Mot. Filing | February 27, 2013 | May 28, 2013 |
| Non-Dispositive Mot. Hearing | March 27, 2013 | June 26, 2013 |

| Event | Prior Deadline | Modified Deadline |
|---|---|---|
| Dispositive Mot. Filing | April 1, 2013 | July 1, 2013 |
| Dispositive Mot. Hearing | May 13, 2013 | August 12, 2013 |
| Settlement Conference | February 26, 2013 | June 4, 2013 |
| Pre-Trial Conference | June 26, 2013 | September 25, 2013 |
| Trial | August 27, 2013 | November 26, 2013[1] |

IT IS SO ORDERED.

Dated:   **December 3, 2012**                     /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The requested non-dispositive motion hearing date of June 25, 2013, has been changed to June 26, 2013, as Magistrate Judge Oberto hears law and motions on Wednesdays. The requested settlement conference date of May 27, 2013, is Memorial Day, and is therefore changed to June 4, 2013. The requested pre-trial conference date of September 25, 2013, has been changed by one day to September 25, 2013, to accommodate the Court's calendar. The requested trial date of November 25, 2013, has also been changed by one day to November 26, 2013, as Senior District Judge Ishii begins trials on Tuesdays.