1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11   DAVID LEE TURNER, JR.,                        CASE NO. 1:11-cv-01366-AWI-SKO

12                                                 **ORDER DENYING WITHOUT**
                      Plaintiff,                   **PREJUDICE THE PARTIES'**
13                                                 **STIPULATED REQUEST FOR A**
          v.                                       **SCHEDULE MODIFICATION**
14

15   COUNTY OF KERN, et al.,                       (Docket No. 36)
16

17                    Defendants.
18   _____/

19          On April 29, 2013, the parties filed a stipulated request to modify the scheduling order.  (Doc.

20   36.)[1]  The parties seek a three-week extension of the expert discovery deadlines.  (Doc. 36, ¶¶ 7-9.)

21   Continuing the expert discovery deadline to June 13, 2013, however, conflicts with the deadlines to

22   file (May 28, 2013) and hear (June 26, 2013) any non-dispositive motions and thus impacts all

23   subsequent deadlines including the September 25, 2013, pre-trial conference date and the November

24   26, 2013, trial date.  Thus, the schedule modification proposed by the parties cannot be granted in

25   its present form.

26   ///

27   _____

28          [1] The Court notes this is the third modification to the schedule the parties have requested, and the trial has
     been continued twice.  (*See* Docs. 31, 35.)

However, if the parties wish to waive their right to file non-dispositive motions or elect to stipulate to a shortened notice and briefing schedule related to **non-dispositive** motions to allow non-dispositive motions to be heard prior to July 1, 2013, the schedule *may* be conducive to the modifications sought by the parties.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated request to modify the schedule is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:**   **April 29, 2013**                          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

2