# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE TURNER, JR., | CASE NO. 1:11-cv-01366-AWI-SKO |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE THE PARTIES' STIPULATED REQUEST FOR A SCHEDULE MODIFICATION** |
| v. | |
| COUNTY OF KERN, et al., | (Docket No. 36) |
| Defendants. | |

On April 29, 2013, the parties filed a stipulated request to modify the scheduling order. (Doc. 36.)[1] The parties seek a three-week extension of the expert discovery deadlines. (Doc. 36, ¶¶ 7-9.) Continuing the expert discovery deadline to June 13, 2013, however, conflicts with the deadlines to file (May 28, 2013) and hear (June 26, 2013) any non-dispositive motions and thus impacts all subsequent deadlines including the September 25, 2013, pre-trial conference date and the November 26, 2013, trial date. Thus, the schedule modification proposed by the parties cannot be granted in its present form.

///

---

[1] The Court notes this is the third modification to the schedule the parties have requested, and the trial has been continued twice. (*See* Docs. 31, 35.)

1 However, if the parties wish to waive their right to file non-dispositive motions or elect to
2 stipulate to a shortened notice and briefing schedule related to **non-dispositive** motions to allow non-
3 dispositive motions to be heard prior to July 1, 2013, the schedule *may* be conducive to the
4 modifications sought by the parties.
5 Accordingly, IT IS HEREBY ORDERED that the parties' stipulated request to modify the
6 schedule is DENIED without prejudice.

8 IT IS SO ORDERED.
9 **Dated:   April 29, 2013**                               /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE