# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE TURNER, JR., | CASE NO. 1:11-cv-01366-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PARTIES' STIPULATED REQUEST FOR A SCHEDULE MODIFICATION** |
| v. | |
| COUNTY OF KERN, et al., | (Docket No. 38) |
| Defendants. | |

On May 1, 2013, the parties filed a stipulated request to modify the scheduling order. (Doc. 38.) The parties indicate that they have been unable to complete discovery as currently scheduled and request that the discovery deadlines and all subsequent deadlines be continued for three weeks.[1] (Doc. 38, ¶¶ 2, 7-10.)

The Court GRANTS the parties' stipulated request for a schedule modification, but notes that some of the dates proposed by the parties have been modified below to comport with the Court's calendar. The modified schedule is as follows:

| Event | Prior Deadline | Modified Deadline |
|---|---|---|
| Initial Disclosure of Experts | April 29, 2013 | May 20, 2013 |
| Disclosure of Rebuttal Experts | May 6, 2013 | May 27, 2013 |
| Expert Discovery Deadline | May 23, 2013 | June 10, 2013 |
| Non-Dispositive Mot. Filing | May 28, 2013 | June 12, 2013 |
| Non-Dispositive Mot. Hearing | June 26, 2013 | July 10, 2013 |

---

[1] The Court notes this is the third modification to the schedule the parties have requested, and the trial has been continued twice. (See Docs. 31, 35.)

| Event | Prior Deadline | Modified Deadline |
|---|---|---|
| Dispositive Mot. Filing | July 1, 2013 | July 15, 2013 |
| Dispositive Mot. Hearing | August 12, 2013 | August 26, 2013 |
| Settlement Conference | June 4, 2013 | Unchanged |
| Pre-Trial Conference | September 25, 2013 | October 16, 2013 |
| Trial | November 26, 2013 | December 17, 2013[2] |

IT IS SO ORDERED.

**Dated:   May 2, 2013**                                   /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE

---

[2] To accommodate the parties' requested trial date, the proposed expert discovery date, non-dispositive motion filing and hearing dates, and dispositive motion filing and hearing dates have been set for dates slightly earlier than requested. Additionally, the settlement conference remains scheduled for June 4, 2013. If the parties determine that it is necessary to reschedule the settlement conference, they may contact Magistrate Judge Oberto's Courtroom Deputy, Ms. Timken, at (559) 499-4790 to request a different date.