1  BRIAN T. DUNN, ESQ. (SBN 176502)
2  **THE COCHRAN FIRM - CALIFORNIA**
   4929 Wilshire Boulevard, Suite 1010
3  Los Angeles, CA  90010-3856
   Los Angeles, CA 90010-3856
4  323.435.8205 Telephone
5  323.252.5280  Facsimile
   bdunn@cochranfirm.com
6
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10
11 DAVID LEE TURNER, JR., as            )   **CASE NO.  1:11 cv 01366-AWI-**
   Successor in Interest to DAVID LEE   )   **SKO**
12 TURNER, SR., deceased, ALFONSO       )
   TURNER, AHMAD TURNER,                )   **STIPULATION TO CONTINUE**
13 WHITTNEY TURNER, JALISA              )   **SETTLEMENT CONFERENCE,**
14 TURNER, TIFFANY TURNER,              )   **AND ORDER**
   NACOLE TURNER, DESMOND               )
15 TURNER,                              )
        Plaintiffs,                     )
16                                      )
   v.                                   )
17 COUNTY OF KERN, a municipal          )
18 corporation; DEPUTY WESLEY           )
   KRAFT, an individual; DEPUTY         )
19 AARON NADAL, an individual;          )
20 DONNY YOUNGBLOOD, an                 )
   individual, and DOES 1 through 10,   )
21 inclusive,                           )
        Defendants.                     )
22                                      )
                                        )
23 _____
24    **COME NOW**, the Parties herein, by and through their respective counsel of
25 record: Brian T. Dunn, of The Cochran Firm, Attorneys for plaintiffs DAVID LEE
26                                   1
27
28

TURNER, JR., ALFONSO TURNER, AHMAD TURNER, WHITTNEY TURNER, JALISA TURNER, TIFFANY TURNER, NACOLE TURNER and DESMOND TURNER ( hereinafter collectively "Plaintiffs"); and Marshall S. Fontes, Deputy, Office of Kern County Counsel, for Defendants COUNTY OF KERN, DEPUTY WESLEY KRAFT, DEPUTY AARON NADAL and DONNY YOUNGBLOOD (hereinafter collectively "County Defendants").  The Parties, with the authority of their respective clients, agree as follows:

    1.    Whereas, the Settlement Conference in this matter is currently scheduled for June 4, 2013; and,

    2.    Whereas, Plaintiffs' lead counsel, Brian T. Dunn starts trial on May 31, 2013, in Department 20 of the Los Angeles Superior Court, and will not be available on June 4, 2013; and,

    3.    Whereas, in light of the foregoing, ALL PARTIES HEREBY STIPULATE  that good cause exists to continue the Settlement Conference to August 27, 2013, at 10:00 a.m; and,

    4.    THEREFORE, ALL PARTIES stipulate and agree that the interests of justice would be served by an Order continuing the Settlement Conference in the within action from June 4, 2013 to August 27, 2013.

**IT IS SO STIPULATED.**

DATED: May 22, 2013                               **THE COCHRAN FIRM - CALIFORNIA**


By_____/s/_____
BRIAN T. DUNN
Attorneys for all Plaintiffs


DATED: May 23, 2013                               **MARSHALL  SCOTT  FONTES**


By:_____/s/_____
MARSHALL S. FONTES
Attorneys for all Defendants

### <u>ORDER</u>

The Settlement Conference is continued for Good Cause to August 27, 2013, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   May 31, 2013**              _____/s/ Sheila K. Oberto_____
                                       UNITED STATES MAGISTRATE JUDGE

3