UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE TURNER, JR., et al.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.,<br><br>Defendants | CASE NO. 1:11-CV-1366  AWI SKO<br><br>ORDER CORRECTING *NUNC PRO TUNC* THE OCTOBER 31, 2013 PRE-TRIAL ORDER |

　　　On October 29, 2013, the pre-trial conference was held in this case. A minute order was issued on October 29, 2013, that memorialized three dates and times – the jury trial on December 17, 2013 at 8:30 a.m., the motions in limine/trial confirmation hearing on December 3, 2013 at 10:00 a.m., and an informational meeting with the Court's Information and Technology Department on December 3, 2013 at 11:00 a.m. See Doc. No. 53.

　　　On October 31, 2013, the Court issued its formal pre-trial order. See Doc. No. 55. However, there are clerical errors with respect to the December 3 motions in limine/trial confirmation hearing. The pre-trial order indicates that the hearing will be held at 8:30 a.m. and 1:30 p.m. The Court will correct the pre-trial order to reflect that the December 3, 2013 motions in limine/trial confirmation will be held at 10:00 a.m. in Courtroom No. 2.

1  Accordingly, IT IS HEREBY ORDERED that the October 31, 2013 pre-trial order is
2 CORRECTED *NUNC PRO TUNC* to reflect that the December 3, 2013 motions in limine/trial
3 confirmation hearing will be held at **10:00 a.m.** in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   November 12, 2013                              _____
                                                       SENIOR  DISTRICT  JUDGE