1  BRIAN T. DUNN, ESQ. (SBN 176502)
   **THE COCHRAN FIRM**
2  4929 Wilshire Boulevard, Suite 1010
3  Los Angeles, California 90010
    (323) 435-8205 Telephone
4   (323) 282-5280 Facsimile
5  bdunn@cochranfirm.com

6  Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  DAVID LEE TURNER, JR., as Successor in Interest to DAVID LEE TURNER, SR., deceased, ALFONSO TURNER, AHMAD TURNER, JALISA TURNER, TIFFANY TURNER, NACOLE TURNER, DESMOND TURNER,<br><br>         Plaintiffs,<br><br>     vs.<br><br>COUNTY OF KERN, a municipal corporation; DEPUTY WESLEY KRAFT, an individual; DEPUTY AARON NADAL, an individual; DONNY YOUNGBLOOD, an individual, and DOES 1 through 10, inclusive,<br><br>         Defendants. | **CASE NO. 1:11 cv 01366-AWI-SKO**<br><br>**ORDER VACATING SETTLEMENT CONFERENCE DATE**<br><br>Date:  November 27, 2013<br>Time:  10:00 a.m.<br>Room:  7 |

-1-

1 GOOD CAUSE APPEARING, the settlement conference date in the above-captioned matter is VACATED.

IT IS SO ORDERED.

Dated: **November 21, 2013**  /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE