BRIAN T. DUNN, ESQ. (SBN 176502)
**THE COCHRAN FIRM**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
 (323) 435-8205 Telephone
 (323) 282-5280 Facsimile
bdunn@cochranfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE TURNER, JR., as Successor in Interest to DAVID LEE TURNER, SR., deceased, ALFONSO TURNER, AHMAD TURNER, JALISA TURNER, TIFFANY TURNER, NACOLE TURNER, DESMOND TURNER,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>COUNTY OF KERN, a municipal corporation; DEPUTY WESLEY KRAFT, an individual; DEPUTY AARON NADAL, an individual; DONNY YOUNGBLOOD, an individual, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **CASE NO. 1:11 cv 01366-AWI-SKO**<br><br>**ORDER VACATING SETTLEMENT CONFERENCE DATE**<br><br>Date:   November 27, 2013<br>Time:   10:00 a.m.<br>Room:  7 |

-1-

1  GOOD CAUSE APPEARING, the settlement conference date in the above-
2  captioned matter is VACATED.
3
4
5  IT IS SO ORDERED.
6      Dated:   **November 21, 2013**                    **/s/ Sheila K. Oberto**
7                                                      UNITED STATES MAGISTRATE JUDGE