THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone: 661-868-3800
Facsimile:  661-868-3805

Attorney for Defendants,
County of Kern, Deputy Wesley Kraft,
and Donny Youngblood

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE TURNER, JR, as Successor in Interest to DAVID LEE TURNER, SR., deceased, ALFONSO TURNER, AHMAD TURNER, WHITTNEY TURNER, JALISA TURNER, TIFFANY TURNER, NACOLE TURNER, DESMOND TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, a municipal corporation; DEPUTY WESLEY KRAFT, an individual; DEPUTY AARON NADAL, an individual; DONNY YOUNGBLOOD, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:11-cv-1366-AWI-SKO<br><br>STIPULATION FOR DISMISSAL OF ENTIRE CASE INCLUDING DEFENDANTS COUNTY OF KERN AND WESLEY KRAFT; [~~PROPOSED~~] ORDER<br><br>Trial date:     September 9, 2014<br>Time:           9:00 a.m.<br>Courtroom:   2<br><br>Honorable Anthony W. Ishii |

**COME NOW** the Parties to this matter, Plaintiffs David Lee Turner, Jr., individually and as successor in interest to David Lee Turner, Sr., deceased, Alfonso Turner, Ahmad Turner, Whittney Turner, Jalisa Turner, Tiffany Turner, Nacole Turner, and Desmond Turner, as Plaintiffs and rightful heirs of decedent, David Lee Turner Sr.,

1

(hereinafter "Plaintiffs") through their counsel of record Brian T. Dunn, of the Cochran Law Firm, and Gerson Horn of the Law Offices of Gerson Horn, and Defendants County of Kern and Wesley Kraft (hereinafter collectively "County Defendants") through their counsel of record Marshall S. Fontes of Kern County Counsel's Office, and provide as follows:

**IT IS HEREBY STIPULATED**, by and between the Parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice in its entirety as to any complaint, allegation and/or cause of action against County Defendants, more specifically the dismissal of the entire applicable complaint of Plaintiffs against Defendants County of Kern and Wesley Kraft.

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of a resolution of the matter by the Parties, and that each party hereby agrees to bear all of its/their own costs and attorney's fees with respect to this litigation.

Dated: August 11, 2014          **COCHRAN LAW FIRM**

                                By /s/ Brian T. Dunn                              .
                                    Brian T. Dunn, Esq.
                                    Attorneys for Plaintiffs

Dated: August 11, 2014          **LAW OFFICES OF GERSON S. HORN**

                                By /s/ Gerson S. Horn                             
                                    Gerson S. Horn, Esq.
                                    Attorneys for Plaintiffs

Dated: August 11, 2014          **THERESA A. GOLDNER,**
                                **COUNTY COUNSEL**

                                By /s/ Marshall S. Fontes                         .
                                    Marshall S. Fontes, Deputy
                                    Attorneys for Defendants

Joint Stipulation for a Dismissal of the Entire Action, with Prejudice

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of the parties signed Stipulation for Dismissal of this case with prejudice (see Fed. R. Civ. Pro. 41(a)(1)); and

2. All currently pending dates in this matter, including the September 9, 2014, trial-date, are VACATED.

IT IS SO ORDERED.

Dated:   August 11, 2014                              _____
                                                     SENIOR  DISTRICT  JUDGE